**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| LEJILEX; CRYPTO FREEDOM ALLIANCE OF TEXAS,<br><br>         Plaintiffs,<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION; ERIC R. WERNER; GARY GENSLER; CAROLINE A. CRENSHAW; JAIME E. LIZARRAGA; HESTER M. PEIRCE; and MARK T. UYEDA, in their official capacities,<br><br>         Defendants. | C.A. No.: 4:24-cv-00168-O |

**PROPOSED ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR <u>OTHERWISE RESPOND TO COMPLAINT</u>**

Pending before the Court is Defendants' Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Complaint. After review of the motion and the entirety of the record, the Court has determined the motion should be, and hereby is, GRANTED.

IT IS HEREBY ORDERED that defendants' deadline to answer or otherwise respond to the complaint is Friday, May 24, 2024.

Dated this \_\_\_ day of April, 2024.

                _____
                Reed O'Connor
                UNITED STATES DISTRICT JUDGE