UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **LEJILEX; CRYPTO FREEDOM ALLIANCE OF TEXAS,** | § § § | |
| Plaintiffs, | § § | Civil Action No. 4:24-cv-00168-O |
| v. | § § | |
| **SECURITIES AND EXCHANGE COMMISSION; ERIC R. WERNER; GARY GENSLER; CAROLINE A. CRENSHAW; JAIME E. LIZARRAGA; HESTER M. PEIRCE; and MARK T. UYEDA, in their official capacities,** | § § | |
| Defendants. | | |

## ORDER

Before the Court is Defendants' Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Complaint (ECF No. 21), filed April 12, 2024. After review of the motion and the entirety of the record, the Court has determined the motion should be, and hereby is, **GRANTED.** Accordingly, Defendants' shall answer or otherwise respond to the complaint by Friday, May 24, 2024.

**SO ORDERED this 17th day of April, 2024.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1