# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| LEJILEX; CRYPTO FREEDOM ALLIANCE OF TEXAS,<br><br>*Plaintiffs*,<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION; ERIC R. WERNER; GARY GENSLER; CAROLINE A. CRENSHAW; JAIME E. LIZÁRRAGA; HESTER M. PEIRCE; and MARK T. UYEDA, in their official capacities,<br><br>*Defendants*. | Civil Action No. 4:24-cv-00168-O |

## JOINT NOTICE TO THE COURT OPPOSING CONSOLIDATION

In compliance with the Court's May 15, 2024 Order, counsel of record in this matter have conferred about consolidation of this case with *Consensys Software, Inc. v. Gensler, et al.*, Case No. 4:24-cv-00369-O, and jointly notify the Court that the parties do not believe that consolidation of this case with the *Consensys* case is warranted.

1

| | |
|---|---|
| Dated: May 21, 2024 | Respectfully submitted, |
| */s/ Randy D. Gordon* | */s/ Jason J. Rose (w/permission)* |
| Randy D. Gordon | Jason J. Rose |
| Texas State Bar No. 00797838 | Texas Bar No. 24007946 |
| RDGordon@duanemorris.com | Securities and Exchange Commission |
| John S. Polzer | 801 Cherry Street, Suite 1900 |
| Texas State Bar No. 24042609 | Fort Worth, Texas 76102 |
| JSPolzer@duanemorris.com | (817) 978-1408 (phone) |
| Christopher A. Brown | (817) 978-4927 (facsimile) |
| Texas State Bar No. 24086265 | rosej@sec.gov |
| CABrown@duanemorris.com | |
| Joakim G. Soederbaum | Jeffrey A. Berger* |
| Texas State Bar No. 24091338 | Illinois Bar No. 6282511 |
| JSoederbaum@duanemorris.com | Ezekiel L. Hill* |
| **DUANE MORRIS LLP** | D.C. Bar No. 1684647 |
| 777 Main Street, Suite 2790 | David D. Lisitza* |
| Fort Worth, TX 76102 | California Bar No. 225824 |
| Tel: (817) 704-1000 | Securities and Exchange Commission |
| Fax: (817) 704-1001 | 100 F Street NE |
| | Washington, DC 20549 |
| | (202) 551-5100 (phone) |
| PAUL D. CLEMENT (admitted *pro hac vice*) | bergerje@sec.gov |
| ERIN E. MURPHY (admitted *pro hac vice*) | hilez@sec.gov |
| C. HARKER RHODES IV (admitted *pro hac vice*) | lisitzad@sec.gov |
| NICHOLAS M. GALLAGHER (admitted *pro hac vice*)* | |
| CLEMENT & MURPHY, PLLC | *Not admitted in N.D. Tex. Pro hac vice motions pending or forthcoming |
| 706 Duke Street | |
| Alexandria, VA 22314 | *Counsel for Defendants* |
| (202) 742-8900 | |
| paul.clement@clementmurphy.com | |
| | |
| *Supervised by principals of the firm who are members of the Virginia Bar | |
| | |
| *Counsel for Plaintiffs* | |

2