# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

LEJILEX; Crypto Freedom Alliance of Texas,
Plaintiff

v.

4:24-cv-00168-O
Civil Action No.

Securities and Exchange Commission, et al.
Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Securities and Exchange Commission; Eric R. Werner; Gary Gensler; Caroline A. Crenshaw; Jaime E. Lizarraga; Hester M. Peirce; and Mark T. Uyeda, in their official capacities,

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

Not applicable

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

Plaintiffs LEJILEX and Crypto Freedom Alliance of Texas are financially interested in the outcome of this case. Crypto Freedom Alliance of Texas purports to seek relief on behalf of other members, who may be financially interested in the outcome of this case, but the complaint does not identify those members.

| | |
|---|---|
| Date: | June 10, 2024 |
| Signature: | /s/ Jason J. Rose |
| Print Name: | Jason J. Rose |
| Bar Number: | 24007946 |
| Address: | 801 Cherry Street, Suite 1900 |
| City, State, Zip: | Fort Worth, Texas 76102 |
| Telephone: | (817) 978-1408 |
| Fax: | (817) 978-4927 |
| E-Mail: | rosej@sec.gov |

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.