UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **LEJILEX; CRYPTO FREEDOM ALLIANCE OF TEXAS,** | § § § | |
| Plaintiffs, | § § | Civil Action No. 4:24-cv-00168-O |
| v. | § § | |
| **SECURITIES AND EXCHANGE COMMISSION; ERIC R. WERNER; GARY GENSLER; CAROLINE A. CRENSHAW; JAIME E. LIZARRAGA; HESTER M. PEIRCE; and MARK T. UYEDA, in their official capacities,** | § § § § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Defendants' Consented-To Motion to Remove the February 20, 2025, Argument from the Court's Calendar and to Hold the Pending Dispositive Motions in Abeyance (ECF No. 79), filed February 11, 2025. Upon reviewing the Motion and applicable law, the Court finds good cause to **GRANT** Defendants' Motion. Accordingly, it is hereby **ORDERED** that the February 20, 2025, oral argument (ECF No. 78) shall be removed from the Court's calendar and that the pending dispositive motions (ECF Nos. 31, 34, 37) shall be held in abeyance until April 11, 2025. Further, Defendants **SHALL** file a status report **on or before April 11, 2025**, advising this Court of any relevant developments and proposing a schedule for future proceedings if necessary. The Clerk of Court shall administratively close this case pending filing of the status report.

**SO ORDERED** on this **11th day** of **February, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE