UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LEJILEX; CRYPTO FREEDOM ALLIANCE OF TEXAS, | § § § | |
| Plaintiffs, | § § | Civil Action No. 4:24-cv-00168-O |
| v. | § § | |
| SECURITIES AND EXCHANGE COMMISSION; ERIC R. WERNER; GARY GENSLER; CAROLINE A. CRENSHAW; JAIME E. LIZARRAGA; HESTER M. PEIRCE; and MARK T. UYEDA, in their official capacities, | § § § § § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Defendants' Status Report (ECF No. 85), filed July 10, 2025. The Status Report informs the Court that "the parties are in agreement that this Court should continue to hold the pending dispositive motions in abeyance until September 8, 2025" in light of the Securities and Exchange Commission's ongoing review of crypto-related issues. ECF No. 85 at 2. Upon reviewing the Status Report, it is hereby **ORDERED** that the pending dispositive motions (ECF Nos. 31, 34, 37) shall be held in abeyance until September 8, 2025. Further, Defendants **SHALL** file a status report **on or before September 8, 2025**, advising this Court of any relevant developments and proposing a schedule for future proceedings if necessary. This case remains closed pending the filing of the Status Report.

**SO ORDERED** on this **10th day** of **July, 2025**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE