UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LEJILEX; CRYPTO FREEDOM ALLIANCE OF TEXAS, | § § § | |
| Plaintiffs, | § § | Civil Action No. 4:24-cv-00168-O |
| v. | § § | |
| SECURITIES AND EXCHANGE COMMISSION; ERIC R. WERNER; GARY GENSLER; CAROLINE A. CRENSHAW; JAIME E. LIZARRAGA; HESTER M. PEIRCE; and MARK T. UYEDA, in their official capacities, | § § § § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Status Report (ECF No. 87), filed September 8, 2025. Defendants request that this Court continue to hold in the pending dispositive motions in abeyance until December 8, 2025, in light of the Securities and Exchange Commission's ongoing review of crypto-related issues. Upon reviewing the Motion and applicable law, the Court finds good cause to **GRANT** Defendants' Motion. Accordingly, it is hereby **ORDERED** that the pending dispositive motions (ECF Nos. 31, 34, 37) shall be held in abeyance until December 8, 2025. Further, Defendants **SHALL** file a status report **on or before December 8, 2025**, advising this Court of any relevant developments and proposing a schedule for future proceedings if necessary. This case remains closed pending the filing of the status report.

**SO ORDERED** on this **11th day** of **September, 2025**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE