IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **LEJILEX, ET AL.,** § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:24-CV-00168-O |
| § | |
| **SECURITIES AND EXCHANGE** § | |
| **COMMISSION, ET AL.,** § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Defendants' Status Report filed on December 8, 2025 (ECF No. 89) filed December 8, 2025. Defendants request that this Court continue to hold in the pending dispositive motions in abeyance until March 9, 2026, in light of the Securities and Exchange Commission's ongoing review of crypto-related issues. Upon reviewing the Motion and applicable law, the Court finds good cause to **GRANT** Defendants' Motion. Accordingly, it is hereby **ORDERED t**hat the pending dispositive motions (ECF Nos. 31, 34, 37) shall be held in abeyance until March 9, 2026. Further, Defendants **SHALL** file a status report on or before March 9, 2026, advising this Court of any relevant developments and proposing a schedule for future proceedings if necessary. This case remains closed pending the filing of the status report.

**SO ORDERED** on this **9th day** of **December 2025**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**