# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **LEJILEX, ET AL.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No.  4:24-CV-00168-O** |
| | § | |
| **SECURITIES AND EXCHANGE** | § | |
| **COMMISSION, ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court is Defendants' Status Report filed on August 7, 2026 (ECF No. 95). Defendants request that this Court continue to hold the pending dispositive motions in abeyance until November 5, 2026, in light of the Securities and Exchange Commission's ongoing review of crypto-related issues. Upon reviewing the Motion and applicable law, the Court finds good cause to **GRANT** Defendants' Motion. Accordingly, it is hereby **ORDERED** that the pending dispositive motions (ECF Nos. 31, 34, 37) shall be held in abeyance until November 5, 2026. Further, Defendants **SHALL** file a status report on or before November 5, 2026, advising this Court of any relevant developments and proposing a schedule for future proceedings if necessary. This case remains closed pending the filing of the status report.

**SO ORDERED** on this **11th day** of **August, 2026**.

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**